IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CERTIFICATE REQUIRED BY LCvR7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for plaintiffs certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of plaintiffs which have any outstanding securities in the hands of the public.

NONE

These representations are made in order that judges of this court may determine the need for recusal.

_____
Alan F. Wohlstetter
DENNING & WOHLSTETTER
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
Email: awohlstetter@aol.com
Attorney of Record for
Cartwright International
    Van Lines, Inc.,
Foremost Forwarders, Inc.

Dated: August 10, 2007