# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTWRIGHT INTERNATIONAL VAN LINES, INC. et al., <br>     Plaintiffs <br><br> v. <br><br> LURITA ALEXIS DOAN, Administrator of General Services Administration, <br><br>     Defendant. | Case Number: 1:07-1454 (EGS) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant in the above-captioned action.

Dated: August 16, 2007                         Respectfully submitted,

                                                 /s/     Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2007, I caused the foregoing Notice of Appearance to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Alan F. Wohlstetter
Denning & Wohlstetter
888 Seventeenth Street, Suite 700
Washington, DC 20006

       /s/ *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114