**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CARTWRIGHT INTERNATIONAL VAN LINES, INC. et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case Number: 1:07-1454 (EGS) |
| LURITA ALEXIS DOAN, Administrator of General Services Administration, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT MOTION FOR EXTENSION OF TIME AND PROPOSED PRELIMINARY
INJUNCTION SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b), the parties, through undersigned counsel, hereby request that the Court enlarge the deadlines for Defendant's opposition to Plaintiffs' preliminary injunction motion and Plaintiffs' reply in support of that motion. The parties propose that Defendant's opposition be due August 24, 2007, and that Plaintiffs' reply be due September 5, 2007. Defendant's opposition currently is due August 20, 2007, and Plaintiffs' reply would be due five days thereafter. See L. Civ. R. 7(d), 65.1(c).

The parties respectfully request that the preliminary injunction hearing — should the Court find it appropriate to hold one — be deferred until after the parties have submitted their opposition and reply memoranda of law. Counsel for Defendant will not be available September 5, September 7, and September 10, 2007. With the exception of those dates, the parties can attend a preliminary injunction hearing at any time that is convenient for the Court.

WHEREFORE the parties respectfully request that their joint motion for extension of time and proposed briefing schedule be GRANTED.  A proposed order is submitted herewith.

Dated: August 16, 2007                                  Respectfully submitted,

/s/ Alan F. Wohlstetter

Alan F. Wohlstetter
Denning & Wohlstetter
888 Seventeenth Street, Suite 700
Washington, DC 20006
Telephone: (202) 833-8884
Fax: (202) 833-8886
awohlstetter@aol.com
*Counsel for Plaintiffs*


   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

   /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov
*Counsel for Defendant*

**Of Counsel:**

Raymond J.M. Wong
GENERAL SERVICES ADMINISTRATION,
Office of General Counsel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTWRIGHT INTERNATIONAL VAN LINES, INC. et al.,<br>Plaintiffs,<br><br>v.<br><br>LURITA ALEXIS DOAN, Administrator of General Services Administration,<br>Defendant. | Case Number: 1:07-1454 (EGS) |

**ORDER**

Upon consideration of the parties' Joint Motion for Extension of Time and Proposed Preliminary Injunction Schedule, it is this _____ day of _____, 2007,

ORDERED that the Joint Motion for Extension of Time and Proposed Preliminary Injunction Schedule be and hereby is GRANTED;

it is further ORDERED that Defendant shall file its opposition to the preliminary injunction motion by August 24, 2007;

it is further ORDERED that Plaintiffs shall file their reply on or before September 5, 2007;

it is further ORDERED that a preliminary injunction hearing shall be held _____, 2007 at _____.

SO ORDERED.

_____
United States District Judge