**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CARTWRIGHT INTERNATIONAL VAN LINES, INC. et al., <br> Plaintiffs, <br><br> v. <br><br> LURITA ALEXIS DOAN, Administrator of General Services Administration, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case Number: 1:07-1454 (EGS) |

**CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT OPPOSITION TO PRELIMINARY INJUNCTION MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, through undersigned counsel, hereby requests that the Court enlarge the deadline for Defendant's opposition to Plaintiffs' preliminary injunction motion by 5 days, up to and including August 29, 2007. Defendant's opposition currently is due August 24, 2007. Pursuant to Local Civil Rule 7(m), counsel for Defendant contacted counsel for Plaintiffs to obtain Plaintiffs' position on this motion, and Plaintiffs consent to the requested enlargement.

There is good cause to grant this motion. Due to unforeseen circumstances, the undersigned Assistant United States Attorney will be on sick leave Friday, August 24, 2007. Accordingly, the undersigned will need additional time to complete discussions with agency counsel concerning the underlying facts and legal issues, and to prepare Defendant's opposition.

Defendant has sought one prior enlargement of time, in the joint motion in which both parties submitted a proposed preliminary injunction briefing schedule. This enlargement will not affect any other deadlines in this matter. A proposed order is submitted herewith.

WHEREFORE Defendant respectfully requests that the motion for extension of time be GRANTED.

Dated: August 23, 2007  Respectfully submitted,

   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

   /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**Of Counsel:**

Raymond J.M. Wong
GENERAL SERVICES ADMINISTRATION,
Office of General Counsel

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CARTWRIGHT INTERNATIONAL VAN LINES, INC. et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case Number: 1:07-1454 (EGS) ) |
| LURITA ALEXIS DOAN, Administrator of General Services Administration, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

Upon consideration of Defendant's Motion for Extension of Time, it is this

_____ day of _____, 2007,

ORDERED that Defendant's Motion for Extension of Time be and hereby is GRANTED;

it is further ORDERED that Defendant shall file its opposition to the preliminary injunction motion by August 29, 2007.

it is further ORDERED that Plaintiffs shall file their reply on or before September 5, 2007;

SO ORDERED.

_____
United States District Judge