UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CARTWRIGHT INTERNATIONAL VAN                )
LINES, INC. et al.,                         )
            Plaintiffs,                     )
                                            )
      v.                                    )   Case Number:  1:07-1454 (EGS)
                                            )   **Status Hearing: October 25, 2007**
LURITA ALEXIS DOAN, Administrator of        )
General Services Administration,            )
                                            )
            Defendant.                      )
_____ )

**MOTION FOR CONTINUANCE OF OCTOBER 25, 2007 HEARING**

Defendant, through undersigned counsel, hereby requests a continuance of the status hearing scheduled for October 25, 2007 at 11:45 a.m.  Defendant seeks the continuance because counsel for Defendant has an initial scheduling conference before District Judge Collyer on October 25, 2007 at 11:00 a.m. in Haskell v. United States, No. 07-1208.  In accordance with Local Civil Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendant contacted counsel for Plaintiffs to obtain Plaintiffs' position on this motion.  Counsel for Plaintiffs indicated that he has no conflict with any of the dates set forth in the next paragraph, but is required to participate at a Carrier Review Board scheduled by the Surface Deployment and Distribution Command (SDDC), the agency which administers the military household goods program, for November 6, 2007.

Counsel for Defendant has consulted with counsel for Plaintiff, and has determined that both parties would be available on the following alternative dates and times: October 25, 2007 (after 1 p.m.); October 26, 2007; October 30, 2007; and October 31, 2007.  Should the Court find it appropriate to schedule the conference for a later date, counsel for Defendant will be available

any day other than November 2, and November 8, 2007, and counsel for Plaintiff will be available any day other than November 6, 2007.

Granting this continuance should cause no prejudice to either party. Defendant's voluntary abatement of the collection of Plaintiffs' debts through offsets was due to expire October 23, 2007. However, in light of the impending status conference, Defendant has extended its voluntary abatement of the offsets through November 2, 2007. If the Court reschedules the hearing for a date between November 2, 2007 and November 16, 2007, Defendant will extend its voluntary abatement through the hearing date. Under these circumstances, plaintiffs' counsel has no objection to the requested postponement. A proposed order is submitted herewith.

Dated: October 22, 2007               Respectfully submitted,

                                             /s/ by DCH
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                      United States Attorney

                                             /s/ by DCH
                                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                                      Assistant United States Attorney.

                                             /s/ Robin M. Meriweather
                                      ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                      Assistant United States Attorney
                                      555 Fourth St., N.W.
                                      Washington, D.C. 20530
                                      Phone: (202) 514-7198
                                      Fax: (202) 514-8780
                                      Robin.Meriweather2@usdoj.gov

                                      **Of Counsel:**

                                      Raymond J.M. Wong
                                      GENERAL SERVICES ADMINISTRATION,
                                      Office of General Counsel

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of October, 2007, I caused the foregoing to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Alan F. Wohlstetter
Denning & Wohlstetter
888 Seventeenth Street, Suite 700
Washington, DC 20006

                                             /s/  *Robin M. Meriweather*
                                    ROBIN M. MERIWEATHER, D.C. Bar # 490114

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARTWRIGHT INTERNATIONAL VAN LINES, INC. et al., <br> Plaintiffs, <br><br> v. <br><br> LURITA ALEXIS DOAN, Administrator of General Services Administration, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case Number: 1:07-1454 (EGS) <br> ) **Status Hearing**: October 25, 2007 <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of Defendant's Motion for Continuance, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for Continuance be and hereby is GRANTED;

it is further ORDERED that the Status Hearing originally scheduled for 11:45 a.m. October 25, 2007 shall be rescheduled for _____.

SO ORDERED.

_____
United States District Judge