UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARTWRIGHT INTERNATIONAL VAN LINES, INC. et al., <br>           Plaintiffs <br><br> v. <br><br> LURITA ALEXIS DOAN, Administrator of General Services Administration, <br><br>           Defendant. | Case Number:  1:07-1454 (EGS) |

**RESPONSE TO PLAINTIFFS' NOTICE**

At the Court's November 7, 2007 status hearing, the Court requested that the parties submit a copy of pleadings filed in the Civilian Board of Contract Appeals that are relevant to this litigation. Plaintiffs filed a notice November 7, 2007 containing three such pleadings. The General Services Administration ("GSA") has not yet filed a response to the claims in Plantiffs' CBCA appeals. GSA has responded to another carrier's CBCA claim, but that document responds to the specific issues that carrier raised concerning the overcharges it disputes, and does not appear relevant to the instant litigation. GSA also has not yet filed a response to the November 6, 2007 brief in the American Forwarders CBCA case (which Plaintiffs attached as Exhibit 3 to their November 7, 2007 Notice). Accordingly, GSA has submitted no CBCA pleadings to the Court. If GSA files pleadings in Plaintiffs' CBCA cases while the instant litigation remains pending, or files other CBCA materials relevant to this litigation (*i.e.,* a

response to the American Forwarders brief), it will promptly submit a copy of those pleadings to this Court.

Dated: November 8, 2007                             Respectfully submitted,

                                                    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                    /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                           /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198 Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of November, 2007, I caused the foregoing Response to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Alan F. Wohlstetter
Denning & Wohlstetter
888 Seventeenth Street, Suite 700
Washington, DC 20006

                                                 /s/   *Robin M. Meriweather*
                                          ROBIN M. MERIWEATHER, D.C. Bar # 490114