IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Cartwright International Van Lines, Inc., et al., <br><br> Plaintiffs <br><br> v. <br><br> Lurita Alexis Doan, Administrator of General Services, <br><br> Defendant | Civil Action No. 07-1454 (EGS) |

## PLAINTIFFS RESPONSE TO DEFENDANT'S STATUS REPORT

Plaintiffs Cartwright International Van Lines, Inc. and Foremost Forwarders, Inc., hereby respond to defendant's Status Report, filed November 8, 2007, advising that defendant will resume deductions against plaintiffs beginning November 29, 2007.

In light of the fact that the government has determined not to accede to the Court's request that the offsets be deferred until the end of this year, if the Court's decision is not issued by November 29, and unless enjoined by the Court, offsets will be made as covered by issued Notices of Overcharge in the additional amount of $1,622,947.

In its response GSA does not raise the statute of limitations, which was the basis of its recent argument before the Court, but now raises a question of the

financial viability of plaintiffs. As set forth in our Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Injunction, dated August 10, 2007, at page 8, plaintiffs are willing to post an appropriate bond covering defendant's exposure from any deferment of offsets made in response to an order issued by this Court.

                Respectfully submitted,

                /s/Alan F. Wohlstetter
                Alan F. Wohlstetter DC Bar No. 112797
                Stanley I. Goldman DC Bar No. 109405
                DENNING & WOHLSTETTER
                888 Seventeenth Street, NW
                Suite 700
                Washington, DC 20006
                Tel: (202) 833-8884
                Fax: (202) 833-8886
                Attorneys for Plaintiffs
                Cartwright International Van Lines, Inc.,
                Foremost Forwarders, Inc.

Dated: November 9, 2007