IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Cartwright International Van Lines, Inc., et al., </br></br> Plaintiffs </br></br> v. </br></br> Lurita Alexis Doan, Administrator of General Services, </br></br> Defendant | Civil Action No. 1:07-1454 (EGS) |

PLAINTIFFS' RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

At pages 3-4 of its Reply, defendant advances for the first time in its pleading filed the afternoon of November 21, 2007, an argument, not previously made in connection with its Motion to Dismiss, namely that the U.S. Court of Federal Claims has jurisdiction (in addition to contract claims) to determine whether the action of an executive department in violation of its regulations is arbitrary and capricious within the meaning of the Administrative Procedure Act and to grant non-monetary relief for such violation by remand to the agency.

The purpose of this response is to bring to the attention of the Court a decision of the United States Supreme Court where that Court made clear that the Claims Court has authority to interpret regulations of an executive department and

award relief only when "…the plaintiff is…suing for monies improperly exacted or retained…" <u>United States</u> v. <u>Testan</u>, 424 U.S. 392, 401-402 (1976).

As made clear in our Opposition to the Motion, dated November 16, 2007, the issue before this Court is limited to the failure of defendant to apply its own regulations, and relates to future actions and does not involve any action for money damages.

Respectfully submitted,

<u>/s/Alan F. Wohlstetter</u>
Alan F. Wohlstetter DC Bar No. 112797
Stanley I. Goldman DC Bar No. 109405
DENNING & WOHLSTETTER
888 Seventeenth Street, N.W.
Suite 700
Washington, D.C. 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
Attorneys for Plaintiffs
Cartwright International Van Lines, Inc.,
Foremost Forwarders, Inc.

Dated: November 26, 2007

2