UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
CARTWRIGHT INTERNATIONAL VAN   )
LINES, INC., et al.,           )
                               )
          Plaintiffs,          )
                               )
                               )   Civ. No. 07-1454 (EGS)
     v.                        )
                               )
LURITA ALEXIS DOAN, Administrator )
of General Services Administration,)
                               )
          Defendant.           )
                               )
_____)
```

## ORDER

Pending before the Court is plaintiffs' Motion for a Preliminary Injunction and defendant's Motion to Dismiss or in the Alternative to Transfer the Case to the Court of Federal Claims.  Upon consideration of the Motions, the responses and replies thereto, the applicable law, and the entire record, and for the reasons articulated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that plaintiffs' Motion for a Preliminary Injunction is **DENIED;** and it is

**FURTHER ORDERED** that defendant's Motion to Dismiss is **DENIED;** and it is

**FURTHER ORDERED** that defendant's Motion to Transfer this Case is **GRANTED;** and it is

**FURTHER ORDERED** that this case shall be transferred to the Court of Federal Claims.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            December 5, 2007**